UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROOKHYSER, an individual, and DEBORAH BROOKHYSER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE WOLF FIRM, a Law Corporation, HSBC BANK USA, a National Association, and NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | Case No. 8:22-cv-01358-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 26] entered on or about March 6, 2023, and in accordance with Rules 41(b), 41(c), and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims and counterclaims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 10, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE